UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



EARNEST PEOPLES,

      Plaintiff,

v.

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

Case No. 04-74931-DT
Hon. Bernard A. Friedman

FILED
DEC 1 2 2005
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

_____/

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Magistrate Judge Steven D. Pepe's Report and Recommendation dated October 31, 2005. No objections were filed.

This Court has had an opportunity to fully review this matter and believes that the Magistrate Judge has reached the correct conclusions for the proper reasons.

ACCORDINGLY:

IT IS HEREBY ORDERED that Magistrate Judge Steven D. Pepe's Report and Recommendation dated October 31, 2005, is hereby accepted and adopted.

IT IS FURTHER ORDERED that plaintiff's complaint be dismissed with prejudice.

DEC 12 2005
_____
Detroit, Michigan

_____
BERNARD A. FRIEDMAN
CHIEF JUDGE

I hereby certify that a copy of the foregoing document was served this date upon counsel of record electronically and/or via first-class mail.

    Patricia Foster Hommel
Secretary to Chief Judge Friedman